IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

```
CURTIS HOWELL,                      :
        Plaintiff
                                    :
        vs.                             CIVIL NO. 1:CV-05—0954
                                    :   (Judge Caldwell)
SHANE WILSON, KATHY BOWERS,             (Magistrate Judge Mannion)
KEN WINGO, JOHN TOROK,              :
KEN SAULEY, and ROBERT PATINKA,
        Defendants                  :
```

O R D E R

AND NOW, this 7th day of March, 2006, upon consideration of the report (doc. 19) of the magistrate judge, filed January 30, 2006, to which no objections were filed, and upon independent review of the record, it is ordered that:

    1. The magistrate judge's report is adopted and the defendants' motion to strike (doc. 17) is granted as follows in paragraph 2 of this order. In all other respects, it is denied.

    2. The requests for liquidated damages and for compensatory relief in paragraph 27(B) of the original complaint and in paragraph 10(C) of the amended (really the supplemental) complaint are hereby stricken.

    3. In accord with magistrate judge's recommendation, the requests for declaratory and injunctive relief in paragraph 27(A) and (C) of the original complaint and in paragraphs 10(B) and (D) of the amended (really the supplemental) complaint are hereby stricken.

      4.   This matter is remanded to the magistrate judge for further proceedings.

<u>/s/William W. Caldwell</u><br>
William W. Caldwell<br>
United States District Judge